# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DA'VHON YOUNG,

    Plaintiff,

v.                                       Case No. 4:23-cv-157-AW-MAF

WCTV NEWS CHANNEL,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff, a pro se prisoner, filed a "notice of civil liability suit," claiming a local news channel was liable for defamation. ECF No. 1. The magistrate judge noted two problems: The complaint was not on the proper form, in violation of this court's local rules, and Plaintiff submitted neither a filing fee nor a motion for leave to proceed in forma pauperis. ECF No. 3. The magistrate judge directed Plaintiff to file an amended complaint on the proper form and to either pay the filing fee or submit an IFP motion. *Id*. The magistrate judge warned that failure to comply with the order would "result in a recommendation to dismiss this case." *Id.* Plaintiff did not comply, and the magistrate judge recommended dismissal. ECF No. 4.

I have considered the magistrate judge's report and recommendation, and I conclude it should be adopted. I have considered Plaintiff's letter (ECF No. 5) which I will treat as an objection to the report and recommendation. It says Plaintiff was waiting on financial information from his institution. Although this could explain

1

his inability to submit a proper IFP motion, it does not justify his ignoring the court order altogether. He could have filed a motion for an extension explaining his situation. Moreover, the objection says nothing about the failure to file an amended complaint that complies with the court's local rules. So even putting the IFP issue aside, dismissal would still be appropriate.

The report and recommendation (ECF No. 4) is adopted and incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order." The clerk will then close the file.

SO ORDERED on July 19, 2023.

s/ *Allen Winsor*
United States District Judge